UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-62122-GAYLES/AUGUSTIN-BIRCH

JACLYN CHURCHILL and
NICOLAS STEIN,

        Plaintiffs,

v.

WRIGHT NATIONAL FLOOD
INSURANCE,

        Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant Wright National Flood Insurance Company's Motion to Dismiss (the "Motion"). [ECF No. 11]. The action was referred to Magistrate Judge Panayotta Augustin-Birch, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 15]. On February 28, 2024, Judge Augustin-Birch issued her report recommending that the Motion be granted (the "Report"). [ECF No. 19]. No timely objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report and finds no clear error with Judge Augustin-Birch's well-reasoned analysis and finding that the Motion should be granted.

## CONCLUSION

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Augustin Birch's Report and Recommendation, [ECF No. 19], is **ADOPTED in full**;

(2) Defendant Wright National Flood Insurance Company's Motion to Dismiss, [ECF No. 11], is **GRANTED.**

(3) Plaintiffs' Complaint, [ECF No. 1], is **DISMISSED** with prejudice.

(4) This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of March, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE